JOHN SCHREYER, Respondent, *v.* THORNDIKE SAUNDERS, Appellant, Impleaded with Others.

(Submitted January 28, 1901; decided February 5, 1901.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 637.)

---

ELMORE D. McINROY, an Infant, by WILLIAM D. McINROY, his Guardian ad Litem, Respondent, *v.* DAVID STEVENSON BREWING COMPANY, Appellant.

*McInroy* v. *Stevenson Brewing Co.*, 40 App. Div. 618, affirmed.
(Argued January 21, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 10, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Eugene Lamb Richards, Jr.,* for appellant.

*Ernest M. Welch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.